BRITTANY L. PRIMAVERA, ESQ.
SENIOR COUNSEL
BPRIMAVERA@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

September 8, 2022

**VIA ECF**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:   *Ramon Fontanez vs. Cat-Man-Doo, Inc.*
      Case No. 1:22-cv-05454

Dear Judge Abrams:

We represent defendant Cat-Man-Doo, Inc. ("Defendant") in this case. We write with the consent of Plaintiff's counsel, pursuant to Your Honor's Individual Rules & Practices in Civil Cases 1.D., to respectfully request an adjournment to September 23, 2022, of the deadline for the parties to file a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. The joint letter was due September 2, 2022. This is the parties' first request for an adjournment in this matter. No other scheduled dates will be affected by this adjournment. The basis for the request is that Your Honor recently granted Defendant's extension of time to respond to the Complaint until September 23, 2022.

We sincerely thank the Court for its time.

Respectfully submitted,

*/s/ Brittany L. Primavera*

Brittany L. Primavera, Esq.

cc:   All Counsel of Record (*via* ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
09/09/2022