UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON FONTANEZ, *individually, and on behalf of all others similarly situated*,

                Plaintiff,

    v.

CAT-MAN-DOO INC.,

                Defendant.

No. 22-cv-05454 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 22, 2022, the Court ordered the parties to submit a joint status letter by October 23, 2022. Pursuant to the same order, the Court also extended Defendant's time to respond to the Complaint to October 23, 2022. To date, no letter has been filed, and Defendant has not responded to the Complaint.

By no later than November 7, 2022, the parties shall submit their joint letter, or, in the alternative, Plaintiff shall file a letter proposing next steps in this matter. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 1, 2022
             New York, New York

                                                                         _____
                                                                        Ronnie Abrams
                                                                        United States District Judge